IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DONNA DANFORD, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. 2:13-cv-0163-MEF-WC ) |
| T J MAXX, *et al.* | ) (WO—Do Not Publish) ) |
| Defendants. | ) |

## **O R D E R**

Upon consideration of Plaintiff Donna Danford's Objection to Dismissal (Doc. #6) filed on April 23, 2013, and in light of the withdrawal of the Recommendation of the Magistrate Judge (Doc. #8), it is hereby

ORDERED that Plaintiff Donna Danford's Objection to Dismissal is DENIED as moot.

DONE this the 26th day of April, 2012.

                                                  /s/ Mark E. Fuller
                                      UNITED STATES DISTRICT JUDGE